Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
DESHAY HOWARD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESHAY HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.: 2:19-cv-04974-GW-SK<br><br>JUDGE GEORGE H. WU |

**NOTICE OF SETTLEMENT**

    Plaintiff, DESHAY HOWARD notifies this Court that Plaintiff and Defendant, WELLS FARGO BANK, N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  The parties request that the Court retain jurisdiction for thirty (30) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

1 | Dated: February 18, 2020.

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, DESHAY HOWARD

# CERTIFICATE OF SERVICE

I certify that on February 18, 2020, I served Plaintiff DeShay Howard's Notice of Settlement on counsel of record for the Defendant (listed below) via email:

Artin Betpera (SBN 244477)
Artin.betpera@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Nicole Su (SBN 298973)
Nicole.su@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorneys for Defendant,
WELLS FARGO BANK, N.A.

/s/ Jeremy E. Branch
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217 ext. 1009
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, DESHAY HOWARD