Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney fo Plaintiff, DESHAY HOWARD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAY HOWARD,<br><br>             Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | Case No: 2:19-cv-04974-GW-SK<br><br>**JOINT SIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, DeShay Howard ("Plaintiff"), and Wells Fargo Bank, N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Nicole Su *(with permission)*
Nicole Su
Nicole.su@wbd-us.com
WOMBLE BOND DICKINSON (US)
LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey
Lohman, P.C.
28544 Old Town Front Street, Suite
201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

Nicole Su (SBN 298973)
Nicole.su@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff,
DESHAY HOWARD