Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff,
DESHAY HOWARD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAY HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No: 2:19-cv-04974-GW-SK <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, DeShay Howard ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: March 16, 2020

George H. Wu
United States District Judge